THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MCCRUDDEN, Appellant.— Judgment of conviction by the County Court of Westchester county reversed upon the law and facts, and a new trial ordered, upon the ground that

* Added by Laws of 1920, chap. 131, as amd. by Laws of 1920, chap. 951.— [REP.

there was no corroboration of the complaining witness as to the offense charged.*
Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.